**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul A Fussell, et al., | No. CV-24-03414-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Sun Vista RV Resort LLC, et al., | |
| Defendants. | |

Due to a conflict in the court's calendar, the scheduling conference set for February 7, 2024, is vacated. The parties still must file their Rule 26(f) Joint Case Management report by the deadline established in the court's January 3, 2024, order. (Doc. 8.) The scheduling conference will be reset, if appropriate.

Accordingly,

**IT IS ORDERED** the Motion to Withdraw (Doc. 17) is **GRANTED** and attorney Scott A. Baluha is withdrawn as counsel for defendant Sun Vista RV Resort, LLC.

**IT IS FURTHER ORDERED** the scheduling conference set for **February 7, 2025**, is **VACATED**.

Dated this 27th day of January, 2025.

Honorable Krissa M. Lanham
United States District Judge